**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 14-01342-VAP (SPx)                    Date:  January 29, 2015

Title:     DANYELLE BRANNING, ETC., ET AL -v- COUNTY OF RIVERSIDE,
           ETC., ET AL
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                              None Present
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

        None                                       None

PROCEEDINGS:       MINUTE ORDER TO SHOW CASE RE (1) OBTAINING
                   SEPARATE COUNSEL FOR EACH CHILD AND (2)
                   FAILURE TO APPEAR (IN CHAMBERS)

     On January 26, 2015, the parties came before this Court for a scheduling
conference.  The Court now issues two Orders to Show Cause.

     First, the Court ORDERS Plaintiffs to show cause in writing by February 23,
2015, why separate counsel is not required for the minors.[1]

---

     [1]The Court is also providing Plaintiffs, as stated at the scheduling conference,
30 days to substitute the Guardian Ad Litem.

MINUTES FORM 11                                    Initials of Deputy Clerk __md___
CIVIL -- GEN                     Page 1

**EDCV 14-01342-VAP (SPx)**
**DANYELLE BRANNING, ETC., ET AL v. COUNTY OF RIVERSIDE, ETC., ET AL**
**MINUTE ORDER of January 29, 2015**

Second, Avant Garde Foster Agency's attorney, Thomas Rodger Chapin, did not appear at the scheduling conference in violation of Local Rule 16-13.  The Court therefore ORDERS Mr. Chapin to show cause in writing by February 23, 2015, why he should not be sanctioned $500 for his failure to appear.

**IT IS SO ORDERED.**